IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:01CR3061 |
| ) | |
| vs. ) | **ORDER FOR** |
| ) | **DISMISSAL OF INDICTMENT** |
| JAVIER TORRES-OCHOA, ) | |
| ) | |
| Defendant. ) | |

The Motion of the United States is hereby granted. It is hereby ordered that the Indictment in this matter is dismissed without prejudice, as to the defendant, JAVIER TORRES-OCHOA.

DATED this 24th day of June, 2009.

BY THE COURT:

s/ *RICHARD G. KOPF*
United States District Court Judge